SHELTON D. JACOBS, *Plaintiff*, v. GEORGE COUPER GIBBS, Judge of the Circuit Court in and for Duval County, Florida, for the Fourth Judicial Circuit of Florida, *Defendant*.

147 So. 584.

Opinion filed April 12, 1933.

*Edgar W. Waybright*, for Plaintiff;
*Newcomb Barrs*, for Defendant.

PER CURIAM.—The demurrer to the suggestion in prohibition herein is sustained and there will be final judgment for the defendants upon the authority of State *ex rel.* v. Hocker, Circuit Judge, 33 Fla. 283, 14 So. 586.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, BROWN, and BUFORD, J. J., concur.

It is so ordered.

DAVIS, C. J. (concurring)—My concurrence in the result is based solely on the holding of the case above cited, which is to the effect that a writ of prohibition cannot be used to test a mere question of venue of a suit for separate maintenance brought by a wife against her husband under our statutes.